AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 15-mj-293-CWH |
| Thuy Hong Le | ) |
| Defendant | ) Charging District: Southern District of Texas |
| | ) Charging District's Case No. 4:15-cr-125 |

FILED / RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 18 2015
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court Houston, TX | Courtroom No.: as directed |
|---|---|
| | Date and Time: as directed |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: March 18, 2015

_____
Judge's signature

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
Printed name and title